# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAYSON PETROLEUM 3 WELL, L.P., | § | Case No. 17-40179 |
| | § | Chapter 7 |
| DEBTOR. | § | |

| | | |
|---|---|---|
| JASON R. SEARCY, CHAPTER 7 TRUSTEE FOR PAYSON PETROLEUM, INC., | § | |
| Plaintiff, | § | |
| vs. | § | Adversary No. 18-04074 |
| ACME ENERGY COMPANY, LLC, ET AL., | § | |
| Defendants. | § | |

**JOINT STIPULATION TO EXTEND TRUSTEE'S DEADLINE TO OBJECT TO MOTION OF VARIOUS DEFENDANTS TO DISMISS AND MOTION OF VARIOUS DEFENDANTS TO WITHDRAW THE REFERENCE**
**[Relates to Docket Nos. 6 and 7]**

Jason R. Searcy, Chapter 7 Trustee of Payson Petroleum Inc. (the "Trustee"), and the Defendants listed in **Exhibit A** attached hereto (the "Movants"), hereby stipulate and agree as follows:

1.    On October 24, 2018, the Movants filed their Motion of Various Defendants to Withdraw the Reference [Docket No. 6] and their Motion of Various Defendants to Dismiss and Brief in Support [Docket No. 7] (collectively, the "Motions").

1

2. The Motions stated that "NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE."

3. Fourteen (14) days from the date of service of the Motions is November 7, 2018.

4. The Trustee and the Movants agree to extend the Trustee's objection deadline for the Motions to November 15, 2018.

**AGREED:**

**SNOW SPENCE GREEN LLP**

By:   */s/ Blake Hamm*
    Blake Hamm, SBN 24069869
    blakehamm@snowspencelaw.com
    Aaron M. Guerrero, SBN 24050698
    aaronguerrero@snowspencelaw.com
    Bryan Prentice, SBN 24099787
    bryanprentice@snowspencelaw.com
    2929 Allen Parkway, Suite 2800
    Houston, Texas 77019
    (713) 335-4800
    (713) 335-4848 (Fax)

    **ATTORNEYS FOR JASON R. SEARCY,
    CHAPTER 7 TRUSTEE FOR PAYSON PETROLEUM, INC.**

**MUNSCH HARDT KOPF & HARR P.C.**

By:   */s/ Davor Rukavina*
    Davor Rukavina, Esq.
    Texas Bar. No. 24030781
    Julian P. Vasek, Esq.
    Texas Bar No. 24070790
    500 N. Akard St., Ste. 3800
    Dallas, TX 75201
    214-855-7500 Tel.
    214-855-7584 Fax
    Email: drukavina@munsch.com
    Email: jvasek@munsch.com

    **ATTORNEYS FOR MOVANTS**

# EXHIBIT A

1. Acme Energy Company, LLC
2. Gary W. Amerson
3. Jeffrey D. Carter
4. Flynt Family Incorporated
5. Ryan Grossman
6. Luis Gonzalez
7. Marc Henn
8. Thomas J. Hinshaw
9. Thomas J. Hoppe
10. KAPAA LLC
11. Timothy H. Moore
12. Gerald L. Myer
13. Thomas Partridge
14. Lois Partridge
15. Jay Pond
16. Rose Sobel Revocable Trust
17. Kelly Dean Sanders
18. Janys Schroeder (c/o Stephen Brown)
19. Raymond A. Smith
20. Janet S. Smith
21. Trewitt Living Trust
22. Wailua LLC
23. Jimmie R. Walker
24. Steven Wiesenfeld
25. Carolyn Wiesenfeld
26. Wildflower LLC
27. David J. Zawisha
28. 3 Well MGP, LLC
29. 4 in 1 LLC
30. Warren V. Bush
31. Fay L. Bush
32. Carrie R. Dahmer Revocable Trust
33. The Kurt & Linda Erickson Estate Trust
34. Hupakoe, LLC
35. Michael Niemann
36. Julie Wakeman
37. Riverstone Resources, Ltd.