

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAYSON PETROLEUM 3 WELL, LP | § | Case No. 17-40179 |
| | § | Chapter 7 |
| DEBTOR | § | |
| | § | |

| | | |
|---|---|---|
| JASON R. SEARCY, CHAPTER 11, TRUSTEE FOR | § | |
| PAYSON PETROLEUM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Adversary No. 18-04074 |
| v. | § | |
| | § | |
| ACME ENERGY COMPANY, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

### MUNSCH HARDT MOVANTS

37   Total Movants

37   Movants received Notice of Bankruptcy

37   Movants received Notice of Joint Motion to Approve Compromise and Settlement

12   Movants filed objections to Notice of Joint Motion to Approve and Compromise Settlement (Case No. 16-41044; *In re:  Payson Petroleum, Inc., et al.* ; in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division.)

7   Movants filed Proofs of Claim (Case No. 16-41044; *In re:  Payson Petroleum, Inc., et al.* ; in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division).

# GENERAL PARTNERS OF PAYSON PETROLEUM 3 WELL 2014 LP
# ADVERSARY # 18-04074
# MUNSCH HARDT MOVANTS

| Movant | Notice of LPs Bankruptcy filings Case 17-40179 [Dkt. 2] | Notice of 9019 Motion Case 17-40179 [Dkt. 34] | POC | Filed Objection to 9019 Motion Case 16-41044 [Dkt. 154] | Notice of 9019 Motion Case 17-40180 [Dkt. 31] |
|---|---|---|---|---|---|
| 3 Well MGP, LLC | Filed Petition | Y | | | Y |
| 4 in 1 LLC, served through Kurt Erickson | Y | Y | | | Y |
| ACME Energy Company, LLC | Y | Y | 4 (17-40179) | 234 | Y |
| Gary W. Amerson | Y | Y | | | Y |
| Fay L. Bush | Y | Y | | 156, 164 | Y |
| Warren V. Bush | Y | Y | | 156, 164 | Y |
| Jeffrey D. Carter | Y | Y | | | Y |
| Carrie R. Dahmer Revocable Trust, through Trustee Tarry D. Dahmer | Y | Y | | | Y |
| The Kurt & Linda Erickson Estate Trust, through Trustee Kurt Erickson | Y | Y | | | Y |
| Flynt Family Incorporated | Y | Y | 38 (16-41044) | 257 | Y |
| Ryan Grossman | Y | Y | | | Y |
| Luis Gonzalez | Y | Y | | | Y |
| Marc Henn | Y | Y | | | Y |
| Thomas J. Hinshaw | Y | Y | | | Y |
| Thomas J. Hoppe | Y | Y | 71 (16-41044) | 177 | Y |
| Hupakoe, LLC | Y | Y | | | Y |
| KAPAA LLC | Y | Y | | 208 | Y |
| Timothy H. Moore | Y | Y | 35 (16-41044) | | Y |
| Gerald L. Myer | Y | Y | | | Y |
| Michael Niemann | Y | Y | | 243, 244, 245 | Y |
| Thomas Partridge | Y | Y | 29 (16-41044) | 157, 219 | Y |
| Lois Partridge | Y | Y | 29 (16-41044) | 157, 219 | Y |
| Jay Pond | Y | Y | | | Y |

| Movant | Notice of LPS Bankruptcy filings [3] Case 17-40179 [Dkt. 2] | Notice of 9019 Motion Case 17-40179 [Dkt. 34] | POC | Filed Objection to 9019 Motion Case 16-41044 [Dkt. 154] | Notice of 9019 Motion Case 17-40180 [Dkt. 31] |
|---|---|---|---|---|---|
| Rose Sobel Revocable Trust, through Trustees Richard Sobel, Michael Sobel & Herbert Sobel | Y | Y | | | Y |
| Riverstone Resources, Ltd. | Y | Y | | | Y |
| Kelly Dean Sanders | Y | Y | | | Y |
| Janys Schroeder | Y | Y | | | Y |
| Raymond A. Smith | Y | Y | | | Y |
| Janet S. Smith | Y | Y | | | Y |
| Trewitt Living Trust, through Trustees Mark Trewitt and Romalyn Trewitt | Y | Y | 54 (16-41044) | | Y |
| Wailua LLC | Y | Y | | | Y |
| Julie Wakeman | Y | Y | | 243, 244, 245 | Y |
| Jimmie R. Walker | Y | Y | | 189 | Y |
| Steven Wiesenfeld | Y | Y | | 242 | Y |
| Carolyn Wiesenfeld | Y | Y | | | Y |
| Wildflower LLC | Y | Y | | | Y |
| David J. Zawisha | Y | Y | | | Y |