IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PAYSON PETROLEUM 3 WELL, 2014, L.P., | § § § § | CASE NO. 17-40180 |
| | § | Chapter 7 |
| Debtor. | § § | |
| | § § § § § | |
| JASON R. SEARCY, CHAPTER 11 TRUSTEE FOR PAYSON PETROLEUM, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Adversary Proceeding No. 18-04074 |
| ACME ENERGY COMPANY, *ET. AL.*, | § § § | |
| Defendants. | § | |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Eastern District of Texas has set a hearing on the following motions, to be held before the Honorable Brenda T. Rhoades, Chief U.S. Bankruptcy Judge, on **December 12, 2018 at 10:00 a.m.**, at the US Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas 75074:

(i)   *Motion of Various Defendants to Withdraw the Reference*; and

(ii)  *Motion of Various Defendants to Dismiss and Brief In Support*.

**MUNSCH HARDT KOPF & HARR P.C.**

/s/  Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard St., Ste. 3800
Dallas, TX 75201
214-855-7500 Tel.
214-855-7584 Fax

**COUNSEL FOR MOVANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 20th day of November, 2018, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including the plaintiff.

/s/  Davor Rukavina
Davor Rukavina, Esq.