UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAYSON PETROLEUM 3 WELL, LP | § | Case No. 17-40179 |
| | § | Chapter 7 |
| DEBTOR | § | |
| | § | |

**EXHIBIT A**

| | | |
|---|---|---|
| JASON R. SEARCY, CHAPTER 11, TRUSTEE FOR PAYSON PETROLEUM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Adversary No. 18-04074 |
| v. | § | |
| | § | |
| ACME ENERGY COMPANY, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**WHITAKER CHALK MOVANTS**

46   Total Movants

46   Movants received Notice of Bankruptcy

46   Movants received Notice of Joint Motion to Approve Compromise and Settlement

15   Movants filed objections to Notice of Joint Motion to Approve and Compromise Settlement (Case No. 16-41044; In re:  Payson Petroleum, Inc., et al.; in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division.)

9   Movants filed Proofs of Claim (Case No. 16-41044; In re:  Payson Petroleum, Inc., et al.; in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division.)

# GENERAL PARTNERS OF PAYSON PETROLEUM 3 WELL LP
# ADVERSARY # 18-04074
# WHITAKER CHALK MOVANTS

| Movant | Notice of LPs Bankruptcy filings Case 17-40179 [Dkt. 2] | Notice of 9019 Motion Case 17-40179 [Dkt. 34] | POC | Filed Objection to 9019 Motion Case 16-41044 [Dkt. 154] | Notice of 9019 Motion Case 17-40180 [Dkt. 31] |
|---|---|---|---|---|---|
| Ronald L. Adams | Y | Y | | 238 | Y |
| Libbie Marie Adams | Y | Y | | | Y |
| Joseph Arpino | Y | Y | | | Y |
| Carol A. Arpino | Y | Y | | | Y |
| Ronald E. Barfield | Y | Y | | | Y |
| Bobby J. Bowland | Y | Y | | | Y |
| Terri A. Bowland | Y | Y | | | Y |
| Janis M. Bridges | Y | Y | | | Y |
| Carl R. Brumley | Y | Y | | | Y |
| Timothy L. Carman | Y | Y | 60 (16-41044) | 161 | Y |
| Albert S. Carse | Y | Y | 76 (16-41044) | 229 | Y |
| Audrey Carse | Y | Y | 76 (16-41044) | 229 | Y |
| Brian Cepetelli | Y | Y | | 247 | Y |
| Gary G. Donner | Y | Y | | | Y |
| Joel Dow | Y | Y | 79 (16-41044) | | Y |
| Mary Louise and Albert Edwards | Y | Y | | | Y |
| George W. Faris, III | Y | Y | | 162 | Y |
| William Kloster | Y | Y | | | Y |
| Michael N. Kusheba | Y | Y | | | Y |
| Kenneth and Patricial Lowe | Y | Y | 104 (16-41044) | | Y |
| Revocable Living Trust Agreement of Rebecca A. Lowe, through Trustee Rebecca Lowe | Y | Y | | | Y |
| Theodore Lung | Y | Y | | | Y |
| Barbara Fraus Jacquin | Y | Y | | | Y |

| Movant | Notice of LPS Bankruptcy filings Case 17-40179 [Dkt. 2] | Notice of 9019 Motion Case 17-40179 [Dkt. 34] | POC | Filed Objection to 9019 Motion Case 16-41044 [Dkt. 154] | Notice of 9019 Motion Case 17-40180 [Dkt. 31] |
|---|---|---|---|---|---|
| Roland E. Lentz Revocable Living Trust, through Trustee Roland E. Lentz | Y | Y | | | Y |
| David and Lora Lyons | Y | Y | | 171 Filed by David Pre Se | Y |
| Dana Markovics | Y | Y | 90 (16-41044) | 253 | Y |
| Glen M. Markovics | Y | Y | | 254 | Y |
| Monica Markovics | Y | Y | | 249 | Y |
| Mark Modlin | Y | Y | | 187 | Y |
| The George F. Phelps Revocable Living Trust, through Trustee George Phelps | Y | Y | | | Y |
| Margaret Propst | Y | Y | 97 (16-41044) | | Y |
| The Propst Family Trust, through Trustee Donald Propst | Y | Y | 96 (16-41044) | | Y |
| The Radcliff Living Trust, through Trustees Jerry Radcliff and Joan Radcliff | Y | Y | | | Y |
| Richard R. Rector | Y | Y | | | Y |
| Sue C. Rector | Y | Y | | | Y |
| Sharolyn N. Richardson | Y | Y | | | Y |
| Swift Revocable Qualified Spousal Trust, through Trustee Mary Ann Swift | Y | Y | | 180 Filed by Mary Swift individually | Y |
| Charles L. Terry | Y | Y | | 207 | Y |
| Katherine G. Terry | Y | Y | | | Y |
| Waggoner Family Revocable Living Trust, through Trustees, Ronald Waggoner and Cheryl Waggoner | Y | Y | 78 (16-41044) | 210 | Y |
| George Lee Weaver | Y | Y | | | Y |
| William and Joann Whelpley | Y | Y | | | Y |
| Jeffrey T. Wilshire | Y | Y | | | Y |

| Movant | Notice of LF's Bankruptcy filings Case 17-40179 [Dkt. 2] | Notice of 9019 Motion Case 17-40179 [Dkt. 34] | POC | Filed Objection to 9019 Motion Case 16-41044 [Dkt. 154] | Notice of 9019 Motion Case 17-40180 [Dkt. 31] |
|---|---|---|---|---|---|
| Wise Family Trust, through Trustee Lucile Wise | Y | Y | | 258 Filed by Lucile Wise individually | Y |
| Peili Wu | Y | Y | | | Y |
| Laddie Zimmet | Y | Y | | | Y |