**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: § § | | |
| **PAYSON PETROLEUM 3 WELL, L.P.,** § § § § § | Case No. 17-40179 Chapter 7 | |
| **DEBTOR.** § | | |

| | | |
|---|---|---|
| **JASON R. SEARCY, CHAPTER 11 TRUSTEE FOR PAYSON PETROLEUM, INC.,** § § § § § | | |
| Plaintiff, § § | | |
| vs. § § | Adversary No. 18-04074 | |
| **ACME ENERGY COMPANY, LLC, ET AL.,** § § § § | | |
| Defendants. § | | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF**
**DEFENDANT BESCO FAMILY INVESTMENTS LLC**

Plaintiff Jason R. Searcy, Chapter 7 Trustee for Payson Petroleum, Inc. ("Plaintiff") files his Notice of Dismissal of Defendant, BESCO Family Investments LLC, under Federal Rule of Civil Procedure 41(a) made applicable by Federal Rule of Bankruptcy Procedure 7041.

1.  Plaintiff is Jason R. Searcy, Chapter 7 Trustee for Payson Petroleum, Inc.

2.  On September 12, 2018, Plaintiff sued 109 defendants in the above-captioned adversary proceeding, including Defendant, BESCO Family Investments LLC.

3.  Defendant has been served with process and has not served an answer or a motion for summary judgment.

4.  This case is not a class action under Federal Rule of Civil Procedure 23, a derivative

1

action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. <u>Only</u> the Defendant, BESCO Family Investments LLC, is dismissed from the above-captioned adversary proceeding.

9. This dismissal is with prejudice <u>only</u> as to Defendant, BESCO Family Investments LLC.

        Respectfully submitted,

        **SNOW SPENCE GREEN LLP**

        By: */s/ Blake Hamm*
            Blake Hamm, SBN 24069869
            blakehamm@snowspencelaw.com
            Aaron Guerrero, SBN 24050698
            aaronguerrero@snowspencelaw.com
            Bryan Prentice, SBN 24099787
            bryanprentice@snowspencelaw.com
            2929 Allen Parkway, Suite 2800
            Houston, Texas 77019
            (713) 335-4800
            (713) 335-4848 (Fax)

        *Attorneys for Jason R. Searcy,*
        *Trustee for Payson Petroleum, Inc.*

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that on the 21st day of November 2018, a true and correct copy of the above and foregoing was served upon all parties via the Court's electronic case filing system (ECF) and by first class mail, postage prepaid to Defendant as follows:

Defendant
BESCO Family Investments LLC
c/o John L. Robinson
Law Offices of John L. Robinson
2300 Michigan Court, Suite B
Arlington, TX  76016


                                            */s/ Blake Hamm*
                                            Blake Hamm

I:\Client\SEAJ1001-Searcy-Payson\Adversary Proceedings\18-04074 3 Well LP-GP\Settlements\BESCO\Notice of Dismisssal of BESCO.docx