# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **PAYSON PETROLEUM 3 WELL, L.P.** § | | **CASE NO. 17-40179** |
| Debtor. § | | |
| § | | **CHAPTER 7** |
| **JASON R. SEARCY, CHAPTER 11** § | | |
| **TRUSTEE FOR PAYSON,** § | | |
| **PETROLEUM, INC.,** § | | |
| Plaintiff, § | | |
| § | | **ADVERSARY NO. 18-04074** |
| vs. § | | |
| § | | |
| **ACME ENERGY COMPANY, LLC et al.,** § | | |
| Defendants. § | | |

## ORDER ON GREGORY REVOCABLE TRUST'S
## MOTIONS TO DISMISS

On this date came on to be heard the Motions to Dismiss filed by the Munsch Hardt Defendants [Doc. 7] and the Whitaker Chalk Defendants [Doc. 10] and the Gregory Trust Joinder thereof [Doc. 24]. The Court, having considered the pleadings on file, and the arguments of counsel, finds that this Adversary proceeding should be dismissed and accordingly Grant's the Motions.

**IT IS THEREFORE ORDERED** that this Adversary Proceeding is Dismissed,

Signed: _____, 2018

_____
HONORABLE BRENDA T. RHOADES
UNITED STATES BANKRUPTCY JUDGE