# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PAYSON PETROLEUM 3 WELL, LP,** | § | **Case No. 17-40179** |
| | § | **Chapter 7** |
| DEBTOR. | § | |

| | | |
|---|---|---|
| **JASON R. SEARCY, CHAPTER 7** | § | |
| **TRUSTEE FOR PAYSON** | § | |
| **PETROLEUM, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **vs.** | § | **Adversary No. 18-04074** |
| | § | |
| **ACME ENERGY COMPANY, LLC, ET AL.,** | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Plaintiff Jason R. Searcy, Chapter 7 Trustee for Payson Petroleum, Inc. ("Plaintiff"), files this *Notice of Service of Initial Disclosures*.

On January 3, 2019, Plaintiff served its Initial Disclosures Under Rule 26(a)(1) of the Federal Rules of Civil Procedure and Federal Rule of Bankruptcy Procedure 7026 on Defendants who have appeared in this adversary proceeding via email as follows:

| | |
|---|---|
| Davor Rukavina | Robert A. Simon |
| drukavina@munsch.com | rsimon@whitakerchalk.com |
| Julian P. Vasek | Whitaker Chalk Swindle & Schwarz PLLC |
| jvasek@munsch.com | 301 Commerce Street, Suite 3500 |
| Munsch Hardt Kopf & Harr P.C. | Fort Worth, Texas 76102 |
| 500 N. Akard St., Ste. 3800 | |
| Dallas, Texas 75201 | |

1

John Akard, Jr.
johnakard@attorney-cpa.com
Coplen & Banks, PC
11111 McCracken, Suite A
Cypress, TX 77429

Reinhardt J. Lange & Merlee Lange
rlangecpa@yahoo.com
*Pro Se*
136 Benedict Ave.
Fairfield, CT  06825


Dated: January 3, 2019

Respectfully submitted,

**SNOW SPENCE GREEN LLP**

By:____*/s/ Blake Hamm*_____
      Blake Hamm, SBN 24069869
      blakehamm@snowspencelaw.com
      Aaron Guerrero, SBN 24050698
      aaronguerrero@snowspencelaw.com
      Bryan Prentice, SBN 24099787
      bryanprentice@snowspencelaw.com
      2929 Allen Parkway, Suite 2800
      Houston, Texas 77019
      (713) 335-4800
      (713) 335-4848 (Fax)

**COUNSEL FOR JASON R. SEARCY,
CHAPTER 7 TRUSTEE FOR PAYSON
PETROLEUM, INC., PAYSON
OPERATING, LLC, AND MARICOPA
RESOURCES, LLC AND FOR
CHRISTOPHER J. MOSER, CHAPTER 7
TRUSTEE FOR PAYSON PETROLEUM 3
WELL, L.P. AND PAYSON PETROLEUM
3 WELL 2014, L.P.**

I:\Client\SEAJ1001-Searcy-Payson\Adversary Proceedings\18-04074 3 Well LP-GP\Disclosures\Notice of Service Rule 26 Disclosures 18-04074.docx